[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 10-12685
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOVEMBER 24, 2010
JOHN LEY
CLERK

D. C. Docket No. 1:08-cv-22861-PAS

STATE NATIONAL INSURANCE COMPANY,

Plaintiff-Counter-Defendant-Appellee,

versus

THE CITY OF MIAMI,

Defendant-Counter-Claimant-Appellant.
_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(November 24, 2010)

Before HULL, MARTIN and FAY, Circuit Judges.

PER CURIAM:

The summary judgment in favor of State National Insurance Company is affirmed for the reasons set forth in the Order Granting State National Insurance Company's Motion For Summary Judgment entered by the district court on May 10, 2010.

AFFIRMED.